```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWARD BANKS,                              :
                                           :
                        Plaintiff,         :
                                           :
        - against -                        :
                                           :
MCGLYNN, HAYS & CO., INC., et al.,         :
                                           :
                        Defendants.        :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

19 Civ. 05727 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to me for general pretrial purposes, including resolution of the discovery dispute reflected in Dkt. 76-79. The matter is resolved as follows:

1. Defendants' request for a pre-motion conference is denied.

2. The meet and confer obligation can, and particularly during the pandemic should, be satisfied via telephone, not email.

3. Any dispute about Defendants' document requests is premature as Plaintiff has committed to respond by July 13, 2020.

4. Plaintiff has adequately responded to Defendants' interrogatories but has a continuing obligation to supplement. Regarding alleged emotional distress, Plaintiff must indicate whether he is pursuing more than garden variety damages and, if so, on what basis.

5. The parties need to do better to cooperate.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 23, 2020
         New York, New York

Copies transmitted to all counsel of record.