```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,

                     Plaintiff,

        - against -

MCGLYNN, HAYS & CO., INC., et al.,

                     Defendants.
------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       Pursuant to the telephonic Case Management Conference held before the Court on September 22, 2020, the parties' applications (Dkts. 95, 97, 99, 101) are resolved as follows:

       1.    Documents: Defendants shall produce documents sufficient to show six-month raises received by field employees for a two-year period up to the date on which Mr. Banks left McGlynn, Hays. Beyond that, Defendants have represented that they have produced all responsive, non-privileged documents within their possession, custody, or control located after a reasonable search. No more is required. Plaintiff may ask Defendants about document issues at depositions.

       2.    Interrogatories:  During the Conference, defense counsel disclosed the positions held by the individual Defendants. This information can be confirmed at deposition. No further amendment by Defendants to their interrogatories is merited.

       3.    Depositions: As agreed upon by the parties, the deposition of Plaintiff shall take place on **October 9, 2020**. No later than **October 1, 2020**, the parties shall agree upon dates for the depositions of the individual Defendants and a Rule 30(b)(6) deposition

of the corporate Defendant in the event Plaintiff wishes to take such deposition. If Plaintiff prefers to depose Defendants in a particular order, Plaintiff shall provide this information to Defendants no later than **September 25, 2020**. Defendants shall make reasonable efforts to provide witnesses in the order requested, but not at the expense of having depositions completed in timely fashion.

    4.    Plaintiff's request for leave to file a motion for sanctions is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2020
       New York, New York

Copies transmitted this date to all counsel of record.