```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :          19-CV-5727 (JPO) (RWL)
                            Plaintiff,                      :
                                                            :          ORDER
            - against -                                     :
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves the issues raised by Defendants concerning the 30(b)(6) deposition notice served by Plaintiff (Dkt. 110).

1. Topic 1 is overly broad and ambiguous. Read literally it requires designation of a witness to testify about all aspects of the lawsuit. This topic is stricken.

2. Topics 2 through 7 are proper.

3. With respect to the instructions following topics, the instructions in the first two paragraphs are proper, sensible, and should be adhered to. If Defendants wish to designate any of their witnesses for 30(b)(6) purposes, it makes sense to advise Plaintiff in advance so that the deposition can be taken in both individual and, where relevant, corporate capacity. The third paragraph is overly burdensome and need not be followed except to the extent any such documents and things have not yet been produced.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2020
       New York, New York

Copies transmitted this date to all counsel of record.