```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :      19-CV-5727 (JPO) (RWL)
                                    Plaintiff,              :
                                                            :      ORDER
                - against -                                 :
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As ordered at today's telephonic discovery conference:

1. Defendants shall bring to their depositions any of their cell phones containing texts responsive to document requests.

2. Defendants shall produce by **November 24, 2020**, the previously-ordered clear copies of the "second set" of texts. Defendants shall pay for same, but the Court may consider cost-shifting at a later time.

3. Defendants shall provide their previously-ordered sworn declarations of complete document production no later than **December 1, 2020**.

4. At least a week in advance of each Defendant's deposition, and in any event no later than **December 15, 2020**, Defendants shall identify to Plaintiff the Rule 30(b)(6) topics, if any, for which the respective Defendant is being designated.

5. The depositions of the three Defendants will go forward in January on dates agreed to by the parties. Depositions of other persons presently scheduled for November or December shall go forward as scheduled.

Failure to comply with this Order, as with any other order, may result in sanctions.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2020
New York, New York

Copies transmitted this date to all counsel of record.