UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWARD BANKS,

                 Plaintiff,

      - against -

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order resolves the discovery issues raised by the parties at Dkt. 144-147.

1. Instagram Posts: The Court finds it remarkable that two attorneys can repeatedly disagree about whether or not they provided and received documents. Either they did or did not. If Defendants' counsel previously provided the posts by email, he shall identify the email by date and time for Plaintiff's counsel. If Plaintiff's counsel cannot locate such email after a reasonable search of her email (including spam filter), she may request Defendants' counsel to send a new email with the posts in question, and Defendants' counsel shall comply with that request.

2. Plaintiff shall comply with Defendants' Second Request for Production of Documents numbered 1, 4 (a, b, and c), 5, 6, and 7. Plaintiff shall produce the documents by **2:00 p.m.** on **December 7, 2020**. Plaintiff's objections to requests numbered 2 and 3 are sustained.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2020
       New York, New York

Copies transmitted this date to all counsel of record.