```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :    19-CV-5727 (JPO) (RWL)
                              Plaintiff,                    :
                                                            :    **ORDER**
              - against -                                   :
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order resolves the issues raised by Defendants' letter dated December 7, 2020 (Dkt. 150), and the parties' letters that followed. Defense counsel misconstrues Plaintiff's responses to Defendants' second set of document requests. Plaintiff's responses, despite making objections, clearly assert that there are no responsive documents (nor medical professionals for which any authorization would be warranted) for most of the requests. As for Plaintiff's production of social media videos, the timing is no different than and just as innocent as Defendants' production of Instagram posts. The parties shall cooperate in promptly arranging the continued deposition of Mr. Banks. The Court hopes that Mr. Banks' daughter has recovered and wishes her well.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 8, 2020
       New York, New York

Copies transmitted this date to all counsel of record.