```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWARD BANKS,                                :
                                             :
                               Plaintiff,    :
                                             :
                 - against -           :
                                             :
MCGLYNN, HAYS & CO., INC., et al.,           :
                                             :
                             Defendants.   :
---------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Order addresses Plaintiff's request for discovery sanctions as set forth in Dkt. 170 and 177. As discussed during the discovery conference on January 19, 2021, the parties' submissions on these issues, together with argument held during the conference, are more than sufficient to resolve them, and the motions are DENIED.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2021
       New York, New York

Copies transmitted this date to all counsel of record.