

# LAW OFFICES OF LAURIE E. MORRISON

February 17, 2021

100 Church Street, 8th Floor    28 Valley Road, Suite #1
New York, New York 10007        Montclair, New Jersey 07042

Phone: (212) 721-4051
Cell: (646) 457-8347
morrison@lemorrisonlaw.com

**VIA ECF**

Hon. Robert W. Lehrburger, U.S.M.J.
500 Pearl Street, Courtroom: 18D
New York, NY 10007
Chambers Phone: (212) 805-0248; Fax: (212) 805-7934
Lehrburger_NYSDChambers@nysd.uscourts.gov

**RE: Edward Banks v. McGlynn, Hays & Co., Inc. et al.
Civ. Action No.: 19-cv-05727 (JPO) (RWL)**

Dear Hon. Lehrburger:

Plaintiff writes to respectfully request a stay in discovery until March 9th due to counsel's leave, and that any/all deadlines be adjusted accordingly. The current discovery deadline is March 25th. (Dkt. #69). Plaintiff further respectfully requests a 45-day stay in the timeline for Plaintiff to pay the sanction to the Court, as Plaintiff will be filing objections pursuant to Fed. R. Civ. P. 72.

The reasons for Plaintiff's request were submitted to the Court for *in-camera* review. Plaintiff also notified Defendants of the request earlier today.

Respectfully Submitted,

Laurie E. Morrison, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021
```

Plaintiff's motion is granted. Discovery is stayed until March 9, 2021. The parties shall reschedule the depositions presently scheduled for February 19, 24, 25 and March 2, 2021. The resumed deposition of Plaintiff shall be completed by April 12, 2021. The new fact discovery deadline shall be April 30, 2021. Additionally, the date for counsel and the parties to pay their respective sanctions imposed by Dkt. 196 shall be extended to April 30, 2021. The Court wishes Plaintiff's counsel a swift and smooth recovery.

SO ORDERED:
2/18/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE