```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :   19-CV-5727 (JPO) (RWL)
                              Plaintiff,                    :
                                                            :   ORDER
              - against -                                   :
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order further addresses the second issue of Plaintiff's motion for reconsideration regarding the starting time of Ms. Carlucci's deposition. While insisting on a 9:00 a.m. start time (instead of 10:00 a.m.), Defendants' March 26, 2021 letter asserts that "if the deposition started at 10:00 a.m. or 11:00 a.m., by 1:30 p.m. Ms. Carlucci would be exhausted." (Dkt. 213 at 2.) The Court is at a loss for how starting at 10:00 a.m. would be more detrimental to Ms. Carlucci's health than starting at 9:00 a.m., so long as the end time remains 1:30 p.m. By **April 1, 2021**, Defendants shall file a short letter explaining this contention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2021
       New York, New York

Copies transmitted this date to all counsel of record.