```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                              :
                                           :
                        Plaintiff,         :     19-CV-5727 (JPO) (RWL)
                                           :
         - against -                       :          ORDER
                                           :
MCGLYNN, HAYS & CO., INC., et al.,         :
                                           :
                        Defendants.        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order addresses the parties' correspondence at Dkts. 231-235:

1. Plaintiff's emergency motion to compel (Dkt. 231) is denied as moot.

2. The discovery deadline is extended to **May 7, 2021**, for the sole purpose of completing the deposition of Ms. Thomas.

3. With respect to any future letter applications, the parties shall refrain from making any filing beyond the movant's reply without first seeking and obtaining permission to file a sur-reply.

4. Following May 7, 2021, and unless otherwise set forth by Judge Oetken, the parties shall proceed with dispositive motions or pretrial order filings in conformity with Judge Oetken's individual rules of practice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 23, 2021
        New York, New York

Copies transmitted this date to all counsel of record.