UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,

                Plaintiff,

        - against -

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.
------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the conference held on May 21, 2021, and additionally, (1) Plaintiff may proceed with their proffered expert and must comply with federal rules for disclosure of expert opinions and reports; (2) Defendants may retain their own expert and shall have until **June 20, 2021**, to do so and similarly must comply with the federal rules of expert disclosures; (3) Defendants' expert may examine Plaintiff; (4) expert discovery shall be completed as of **August 15, 2021**; (5) Defendants shall produce the collective bargaining agreement and any rules/procedures for reporting discipline of union members.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2021
         New York, New York

Copies transmitted this date to all counsel of record.