```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :      19-CV-5727 (JPO) (RWL)
                              Plaintiff,                    :
                                                            :
          - against -                                       :      ORDER
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order addresses Defendants' objections (Dkt. 283-84) to this Court's September 9, 2001 order (Dkt. 276). Defense counsel appears to have misconstrued the September 9, 2021 order. The September 9, 2021 order is fully consistent with the September 3, 2021 order (Dkt. 271). Plaintiff is required to provide defense counsel with an unredacted copy of the page in question on an attorney's eyes only basis. Additionally, Defense counsel may question Plaintiff's expert about the passage at issue (because, of course, the document is the expert's own notes). That is why the September 9, 2021 order addresses future treatment of the expert's deposition transcript.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record.