```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,

                Plaintiff,

       - against -

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.
------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This Order resolves the issue raised by Defendants concerning Plaintiff's expert at ECF 293. The requested relief is DENIED in its entirety. As explained in Plaintiff's response (ECF 294), the issue is moot as Plaintiff's expert will be able to continue with the litigation, including trial. Additionally, the Court agrees with Plaintiff that Defendants sought relief without sufficiently meeting their obligation to meet and confer.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2021
        New York, New York

Copies transmitted this date to all counsel of record.