```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,                                               :
                                                            :    19-CV-5727 (JPO) (RWL)
                              Plaintiff,                    :
                                                            :
           - against -                                      :    **ORDER**
                                                            :
MCGLYNN, HAYS & CO., INC., et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves the discovery issue raised by Defendants at Dkt. 297 and Plaintiff's letter at Dkt. 298. As a matter of parity, no one on behalf of Plaintiff may participate in the medical examination by Defendants' expert, whether by Zoom or otherwise. Defense counsel is once again reminded of his obligation to complete the meet and confer process in advance of making court applications.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2021
       New York, New York

Copies transmitted this date to all counsel of record.