USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/22/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWARD BANKS,                                      :
                                                  :
                              Plaintiff,          :        19-CV-5727 (JPO) (RWL)
                                                  :        21-CV-0679 (JPO) (RWL)
                - against -                        :
                                                  :        **ORDER**
                                                  :
MCGLYNN, HAYS & CO., INC., et al.,                :
                                                  :
                              Defendants.         :
                                                  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   This order resolves the issue raised in Defendants' June 15, 2022 letter requesting an order compelling Plaintiff to serve a "proper response" and produce documents responsive to Defendants' document request in 21-cv-679, a copy of which is attached to 21-cv-679, Dkt. 33 at Ex. D.  The Court agrees that Plaintiff's response is insufficient; at the same time, Defendants are not entitled to have Plaintiff identify which specific documents he relies on for which specific allegation.

   Accordingly, by **July 29, 2022**, Plaintiff shall provide a supplemental response to the document request that identifies the bates numbers of the text messages or other documents encompassed by Plaintiff's response to the document request; i.e., the documents consisting of the "text messages … which Defendants produced in or around 2019/2020" and documents referenced in the Complaint supporting Plaintiff's claims.

   To the extent there are any responsive documents not previously produced, Plaintiff shall produce them by **July 29, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2022
       New York, New York

Copies transmitted this date to all counsel of record.