UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD BANKS,

                        Plaintiff,

          - against -

MCGLYNN, HAYS & CO., INC., et al.,

                      Defendants.
------------------------------------------------------------X

19-CV-5727 (JPO) (RWL)
21-CV-0679 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the discovery issue concerning the deposition of Plaintiff in the 679 action:

      Defendants may depose Plaintiff regarding any claims asserted by Plaintiff in the 679 action that were not also asserted in the 5727 action. The deposition shall be limited to 3 hours. Defense counsel may depose Plaintiff remotely or in person where he resides.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1