USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDWARD BANKS,

                    Plaintiff,

     - against -

MCGLYNN, HAYS & CO., INC., et al.,

                   Defendants.
-----------------------------------------------------------X

19-CV-5727 (JPO) (RWL)
21-CV-0679 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court has received multiple emails from the parties concerning the scope of the deposition of Mr. Sullivan slated to take place tomorrow, August 10. The parties shall file their emails as correspondence on ECF.

      As previously instructed, questioning of Mr. Sullivan must be focused on the claims in the second action, the 102 late-produced documents, and the content of those documents. Additionally, questions may be posed concerning claims in the first action to the extent the content of the late-produced documents is relevant to those claims. Questioning, however, may not repeat questioning from Mr. Sullivan's previous deposition.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1