USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _8/10/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWARD BANKS,                                    :
                                                 :          19-CV-5727 (JPO) (RWL)
                            Plaintiff,           :          21-CV-0679 (JPO) (RWL)
                                                 :
            - against -                          :          **ORDER**
                                                 :
MCGLYNN, HAYS & CO., INC., et al.,               :
                                                 :
                            Defendants.          :
                                                 :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 9, 2022, the parties sent no less than eleven emails to chambers, initiated by defense counsel without properly meeting and conferring, all in violation of my individual rules and practices of which the parties are well aware.  The parties continued to do so even after the Court directed the parties to file their earlier emails on ECF.  While the emails concerned the scope of a deposition commencing the next day, the parties largely focused their arguments and vitriol on each other, accusing each of other of failing to meet and confer, violating court orders, delaying discovery, harassing their adversary's clients, and more.  The Court has repeatedly admonished counsel on both sides for their conduct in this case and cannot fathom why they continue in kind.

Counsel shall not send any email to chambers unless directed by the Court or authorized by Judge Lehrburger's individual rules and practices.  Failure to comply with this order, as with any other order, may result in sanctions.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2022
New York, New York

Copies transmitted this date to all counsel of record.