UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BANKS,

                              Plaintiff,

            -against-

MCGLYNN, HAYS & CO., INC., et al.,

                              Defendants.

1:19-cv-05727 (JLR) (RWL)

1:21-cv-00679 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

 On September 20, 2022, the Court ordered the parties to file a joint status letter by

October 4, 2022.  *See* 1:19-cv-05727 at ECF No. 362; 1:21-cv-00679 at ECF No. 95.  The parties

have not done so.  Counsel for all parties are hereby ORDERED to file a joint letter, as described

in the September 20, 2022 Order, **no later than 1:00 p.m. on October 7, 2022**, and shall abide

by all future deadlines.

Dated: October 5, 2022
   New York, New York

          SO ORDERED.

          JENNIFER L. ROCHON
          United States District Judge