UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BANKS,

                Plaintiff,

-against-

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.

1:19-cv-05727 (JLR) (RWL)

1:21-cv-00679 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 7, 2022, which was filed after the Court imposed deadline of October 4, 2022. On September 26, 2022, the Court scheduled an in-person premotion conference for October 13, 2022 at 10 a.m. 1:19-cv-05727 ("ECF 19") at ECF No. 363; 1:21-cv-00679 ("ECF 21") at ECF No. 97. Plaintiff, by letter dated October 7, 2022, requests that the conference be adjourned because Plaintiff's counsel has a prescheduled deposition that day. ECF 19 No. 371; ECF 21 No. 105. Plaintiff has had notice of the conference for over 10 days, and the parties have filed multiple letters on the docket since it was scheduled. Accordingly, Plaintiff's request to adjourn the conference is **DENIED**.

      Plaintiff also requests that the conference be held remotely because Plaintiff's counsel "lives in Northern New Jersey and has serious underlying medical/health conditions and childcare concerns." ECF 19 No. 371; ECF 21 No. 105. Plaintiff shall, no later than **October 11, 2022,** file a single letter containing documentation from a medical professional of such medical/health conditions and the reason they prevent counsel from appearing at the conference in-person. Unless Plaintiff supplies that information and the Court orders otherwise, the conference will proceed **in-person on October 13, 2022 at 10 a.m.**

Dated: October 7, 2022
       New York, New York

                                                  SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge