UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD BANKS,

                Plaintiff,

-against-

MCGLYNN, HAYS & CO., INC., et al.,

                Defendants.

1:19-cv-05727 (JLR) (RWL)

1:21-cv-00679 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On October 13, 2022, the Court held a premotion conference for purposes of the parties' anticipated motions for summary judgment. The parties agreed that discovery is closed. As stated on the record at the conference, the parties shall file motions for summary judgment by **November 28, 2022**. Oppositions are due by **December 12, 2022**. Replies, if any, are due by **December 19, 2022.** The parties are reminded that strict adherence to the Court's Individual Rules is expected, including Rule 3.I.iii. In addition to each moving party filing a Statement of Material Facts Pursuant to Local Rule 56.1, the parties shall, **by November 28, 2022**, file a joint Statement of Material Facts setting out all facts on which the parties agree. If the parties decide not to file summary judgment motions and to proceed to trial, they shall notify the Court promptly.

Dated: October 13, 2022
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge