UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD BANKS,<br><br>            Plaintiff,<br><br>-against-<br><br>MCGLYNN, HAYS & CO., INC., et al.,<br><br>            Defendants. | 1:19-cv-05727 (JLR) (RWL)<br><br>1:21-cv-00679 (JLR) (RWL)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's Letter Motion and Defendants' Letter Response. IT IS HEREBY ORDERED that Plaintiff's counsel shall, no later than **November 21, 2022**, submit documentation from a medical professional that Plaintiff's counsel has the medical/health conditions asserted that require counsel to take a medical leave from any legal work until February 2023.

Plaintiff's request to redact portions of Plaintiff's Letter Motion because they contain sensitive medical/health information is granted. Accordingly, Plaintiff's *Ex Parte* Letter (ECF No. 380 in docket 19-cv-05727 and ECF No. 115 in docket 21-cv-00679) and the redacted portions of Plaintiff's Letter-Motion (ECF No. 379 in docket 19-cv-05727 and ECF No. 114 in docket 21-cv-00679) shall hereby remain sealed and under *ex-parte* view only.

Dated: November 18, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge